# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0374.  COUNTS v. THE STATE.**

This appeal from a criminal conviction was docketed on September 9, 2025. On September 18, Thomas Counts's new appellate counsel filed a notice of substitution and a motion for extension of time to file an initial brief. We granted the extension, but no brief was filed by the new due date of October 20. We then ordered Counts to file by November 3, but no brief was filed. On November 4, the State moved to dismiss the appeal for failure to file.

It is unusual for counsel to file a proper notice of substitution and then fail to respond to one of this Court's orders, and the record does not show that Counts himself is aware of counsel's abandonment of the appeal. In an abundance of caution, and in order to preserve Counts's right to appeal, we REMAND this case to the trial court to hold a hearing as to the status of present counsel and, if necessary, to appoint new appellate counsel. See OCGA § 5-6-48 (c) (authorizing the appellate court to "take any . . . action to perfect the appeal and record so that the appellate court can and will pass upon the appeal and not dismiss it").

Counts will have 30 days to file a new notice of appeal from any final order filed in the trial court. The State's motion to dismiss is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/12/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*